ENTER/JS-6

FILED
CLERK, U.S. DISTRICT COURT
JAN - 7 2009
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA S. UNRUH,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of the Social<br>Security Administration,<br><br>　　　　Defendant. | Case No. EDCV 08-0308 AN<br><br>JUDGMENT |

　　For the reasons set forth in the accompanying Order, it is hereby ADJUDGED AND DECREED THAT the Commissioner's final decision is affirmed, and this action is dismissed with prejudice.

DATED:　January 7, 2009　　　　　/s/ Arthur Nakazato
　　　　　　　　　　　　　　　　ARTHUR NAKAZATO
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE